**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6307**

ANTONIO SAUNDERS,

                    Plaintiff – Appellant,

          v.

SGT. NICHOLS; OFFICER DIXON,

                    Defendants – Appellees,

          and

JOHN DOE CLASSIFICATION OFFICERS; JANE DOE CLASSIFICATION
OFFICERS; JOHN DOE OFFICERS, defendants are being sued each
in their individual and official capacities,

                    Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge. (1:08-cv-01160-LMB-TCB)

Submitted:  October 2, 2009        Decided:  October 13, 2009

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio Saunders, Appellant Pro Se.  Jeff W. Rosen, PENDER &
COWARD, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Saunders appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Saunders v. Nichols</u>, No. 1:08-cv-01160-LMB-TCB (E.D. Va. filed Jan. 22, 2009; entered Jan. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>